IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-085 |
| | ) | |
| GUY FOREMAN | ) | |

_____

**O R D E R**

_____

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 20.) Therefore, a motions hearing is not necessary, and the pending motion is **MOOT**. (Doc. no. 9.)

SO ORDERED this 14th day of July, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA